Mathew M. Wrenshall (SBN 284466)
Email:mwrenshall@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

W. Stephen Benesh (pro hac vice forthcoming)
Email: steve.benesh@bracewell.com
David B. Springer (pro hac vice forthcoming)
Email: david.springer@bracewell.com
BRACEWELL LLP
111 Congress Avenue, Suite 2300
Austin, Texas 78701
Telephone: +1 512 494 3680
Facsimile: +1 800 404 3970

*Attorneys for Defendant The Bank of New York Mellon Trust Company, N.A., as Trustee for Pacific Coast Oil Trust*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERGREEN CAPITAL MANAGEMENT LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS TRUSTEE FOR PACIFIC COAST OIL TRUST and PACIFIC COAST ENERGY COMPANY, L.P.,<br><br>Defendants. | CASE NO.: 2:20-cv-07561<br><br>**CONSENT TO REMOVAL OF ACTION TO FEDERAL COURT**<br><br>Removal Filed: August 20, 2020 |

As noted in Defendant Pacific Coast Energy Company, L.P.'s Notice of Removal, filed in this Court on August 20, 2020 (Dkt. no. 1), Defendant The Bank of New York Mellon Trust Company, N.A., as Trustee for Pacific Coast Oil Trust, joins in and consents to the removal of the proceedings filed in the Superior Court of the State of California, in and for the County of Los Angeles, and captioned Case No. 20STCV26290, to the United States District Court for the Central District of California.

DATED: August 27, 2020             REED SMITH LLP

By: */s/ Mathew M. Wrenshall*
Mathew M. Wrenshall
*Attorneys for Defendant The Bank of New York Mellon Trust Company, N.A., as Trustee for Pacific Coast Oil Trust*