WILLIAM W. OXLEY, SBN 136793
ZOE M. STEINBERG, SBN 324324
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:  310.820.8800
Facsimile:  310.820.8859
Emails:  woxley@bakerlaw.com
         zsteinberg@bakerlaw.com

SASHE D. DIMITROFF, TX BN 00783970
*Admitted Pro Hac Vice*
ALEXANDRA TRUJILLO, TX BN 24110452
*Admitted Pro Hac Vice*
**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002-6111
Telephone:  713.751.1600
Facsimile:  713.751.1717
Emails:  sdimitroff@bakerlaw.com
         atrujillo@bakerlaw.com

*Attorneys for Defendant*
PACIFIC COAST ENERGY COMPANY LP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERGREEN CAPITAL MANAGEMENT LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS TRUSTEE FOR PACIFIC COAST OIL TRUST and PACIFIC COAST ENERGY COMPANY LP,<br><br>Defendants. | Case No.:  2:20-CV-07561-MWF-AGR<br><br>[Hon. Michael W. Fitzgerald, Crtm. 5A]<br><br>**DEFENDANT'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR ALTERNATIVELY, COMPEL ARBITRATION**<br><br>[*Filed concurrently with Memorandum of Points & Authorities; Declaration of Sashe D. Dimitroff; [Proposed] Order; and Request for Judicial Notice*]<br><br>Date:  September 28, 2020<br>Time:  10:00 a.m.<br>Dept:  5A<br><br>Action Filed:  July 8, 2020<br>Action Removed: August 20, 2020 |

**TO PLAINTIFF AND TO PLAINTIFF'S COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on September 28, 2020, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 5A of the above-entitled Court located at First Street Courthouse, 350 West First Street, Los Angeles, California 90012, Defendant PACIFIC COAST ENERGY COMPANY, LP ("Defendant") will, and hereby does, move the Court, under Federal Rules of Civil Procedure 12(b)(1), 23.1 and 12(b)(6) for an order dismissing the Complaint against Defendant in its entirety and with prejudice, or, in the alternative, ask this Court to compel arbitration pursuant to 9 U.S.C. § 4.

Defendant bases its Motion on this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Sashe D. Dimitroff, the Request for Judicial Notice, as well as all pleadings, papers and records on file in this action, and such oral argument and documentary evidence as may be presented at or before the time of hearing this Motion.

This motion is made on the grounds that (1) Plaintiff's claim is derivative in nature, so Plaintiff lacks standing to bring its claim directly under Federal Rule of Civil Procedure 12(b)(1), (2) Plaintiff failed fulfill the relevant pre-suit demand requirements or otherwise plead futility in accordance with Federal Rule of Civil Procedure 23.1, or (3) in the alternative, Plaintiff's Complaint fails to state an implied breach of covenant claim against Defendant upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). To the extent Plaintiff's claim survives the motion to dismiss, PCEC alternatively asks that this Court compel arbitration because the proper forum for Plaintiff's claim is binding arbitration under the American Arbitration Association rules.

|   |   |
|---|---|
| Dated: August 27, 2020 | Respectfully submitted,<br><br>**BAKER & HOSTETLER LLP**<br><br>By: */S/ William W. Oxley*_____<br>     WILLIAM W. OXLEY<br>     SASHE D. DIMITROFF<br>     ZOE M. STEINBERG<br>     ALEXANDRA TRUJILLO<br><br>*Attorneys for Defendant* PACIFIC COAST ENERGY COMPANY LP |

3

DEFENDANT'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR ALTERNATIVELY, COMPEL ARBITRATION
CASE NO. 2:20-CV-07561-MWF-AGR

**PROOF OF SERVICE**

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509. On August 27, 2020, I served a copy of the within document(s):

**DEFENDANT'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR ALTERNATIVELY, COMPEL ARBITRATION**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill in the care and custody of **Golden State Overnight**, and causing the envelope to be delivered to a **Golden State Overnight** agent for delivery on the next business day.

☐ by transmitting via electronic mail the document(s) listed above to the e-mail address(es) set forth below on this date and the transmission was reported as complete and without error.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| John T. Jasnoch<br>**SCOTT + SCOTT<br>   ATTORNEYS AT LAW**<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone: 619.233.4565<br>Facsimile:  619.233.0508<br>Email:       jjasnoch@scott-scott.com<br><br>*Attorney for Plaintiff*<br>EVERGREEN CAPITAL<br>MANAGEMENT LLC | Thomas L. Laughlin, IV<br>Jing-Li Yu<br>**SCOTT + SCOTT<br>   ATTORNEYS AT LAW**<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Tel:     (212) 233-6444<br>Fax:    (212) 233-6334<br>Email:  tlaughlin@scott-scott.com<br>            jyu@scott-scott.com<br><br>*Attorneys for Plaintiff*<br>EVERGREEN CAPITAL<br>MANAGEMENT LLC |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on August 27, 2020, at Los Angeles, California.

*/s/ Laura Hua*
Laura Hua

Baker & Hostetler LLP
Attorneys at Law
Los Angeles