Mathew M. Wrenshall (SBN 284466)
Email:mwrenshall@reedsmith.com
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

W. Stephen Benesh (admitted pro hac vice)
Email: steve.benesh@bracewell.com
David B. Springer (admitted pro hac vice)
Email: david.springer@bracewell.com
Bracewell LLP
111 Congress Avenue, Suite 2300
Austin, Texas 78701
Telephone: +1 512 494 3680
Facsimile: +1 800 404 3970

*Attorneys for Defendant The Bank of New York Mellon Trust Company, N.A., as Trustee for Pacific Coast Oil Trust*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERGREEN CAPITAL MANAGEMENT LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS TRUSTEE FOR PACIFIC COAST OIL TRUST and PACIFIC COAST ENERGY COMPANY, L.P.,<br><br>Defendants. | CASE NO.: 2:20-cv-07561<br><br>**DEFENDANT THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.'S JOINDER IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**<br><br>**CLASS ACTION**<br><br>Complaint served: August 13, 2020<br>Complaint removed: August 20, 2020 |

Defendant The Bank of New York Mellon Trust Company, N.A., as Trustee for Pacific Coast Oil Trust, ("Trustee") joins in opposition to Plaintiff Evergreen Capital Management LLC's ("Plaintiff") Motion to Remand (Dkt. no. 21) and would show the Court as follows.

1. On July 8, 2020, Plaintiff, purportedly on behalf of itself and all others similarly situated, filed its class action Complaint ("the Action") against the Trustee and Pacific Coast Energy Company, L.P. ("PCEC") in the Superior Court of the State of California, in and for the County of Los Angeles, Case No. 20STCV26290 (the "State Court Action").

2. On August 13, 2020, the Trustee was served with a copy of the Summons and Complaint.

3. On August 20, 2020, PCEC removed the State Court Action to this Court. *See* Dkt. no. 1. The Trustee consented to removal. *See* Dkt. no. 14.

4. On September 8, 2020, Plaintiff filed a Motion to Remand the Action back to the Superior Court of the State of California. *See* Dkt. no. 21.

5. On September 18, 2020, PCEC filed a Response in Opposition to Plaintiff's Motion to Remand. *See* Dkt. 34. The Trustee hereby joins in that Opposition.

WHEREAS, the Trustee respectfully requests that the Court deny Plaintiff's Motion to Remand for the reasons stated in PCEC's Opposition thereto.

DATED: September 18, 2020

Respectfully submitted,

REED SMITH LLP
By: */s/ Mathew M. Wrenshall*
Matthew M. Wrenshall

BRACEWELL LLP
W. Stephen Benesh (admitted pro hac vice)
David B. Springer (admitted pro hac vice)

*Attorneys for Defendant The Bank of New York Mellon Trust Company, N.A., as Trustee for Pacific Coast Oil Trust*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –